UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------X

MARK RODRIGUEZ,

                            Plaintiff,

         -against-

THE LONG ISLAND RAIL ROAD,

                            Defendant.

---------------------------------------X

**STIPULATION DISCONTINUING ACTION**

Case No. CV 05 2578 (ARR)(CLP)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Wantagh, New York
       February 2, 2006

_____
PATRICK J. MULHERN, JR. (PJM4720)
MULHERN & KLEIN
Attorneys for Plaintiff
3330 Park Avenue
Wantagh, New York 11793-3719
(516) 783-0380

_____
SEAN P. CONSTABLE (SPC3472)
MARY JENNINGS MAHON, ESQ.
Attorneys for Defendant
Jamaica Station
Jamaica, New York 11435
(718) 558-7760

SO ORDERED:

3/15/06
_____